

FILED

08/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

AUG 0 4 2020

Bowen Greenwood
Clerk of Supreme Cou
State of Montana

IN THE MATTER OF THE PETITION OF
JAMES D. BRADBURY

ORDER

James D. Bradbury has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of his application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Bradbury passed the MPRE in 1991 when seeking admission to the practice of law in Texas, where he was admitted. Bradbury has since practiced in Texas for 29 years "ethically and without incident." Good cause appearing,

IT IS HEREBY ORDERED that the petition of James D. Bradbury to waive the three-year test requirement for the MPRE for purposes of his current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 4 day of August, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices